```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/6/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE SANDOVAL, *individually and on behalf of others similarly situated*,

                       Plaintiff,

  -against-

C. BASTOS CONSTRUCTION, INC. and CARLOS BASTOS,

                       Defendants.

No. 16 CIV 9020 (NSR)

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

NELSON S. ROMÁN, United States District Judge:

    Upon review of the moving papers, it is hereby ordered that pursuant to Local Civil Rule 1.4, Michael Faillace's Motion Withdraw as Counsel for Plaintiff Jose Sandoval, and others similarly situated, is hereby GRANTED.  The Court notes that Plaintiff, and others similarly situated, continues to be represented by Catalina Sojo, who has been counsel of record since making an appearance in this litigation on January 5, 2022.  (ECF No. 48.)  The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 49.

Dated:   January 6, 2022
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1